**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-00927-BNB

NORMAN RAY REED, JR.,

    Plaintiff,

v.

TOM CLEMENTS, in his professional and individual capacities,
JAMES FAULK, in his professional and individual capacities,
MIKE TIDWELL, in his professional and individual capacities,
EVE LITTLE, in her professional and individual capacities,
JOHN CHAPDELAINE, in his professional and individual capacities,
MICHELLE NYCZHALLIGAN, in her professional and individual capacities,
CAROL SOARS, in her professional and individual capacities, and
CHARLES HIGGINS, in his professional and individual capacities,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's "Motion to Remove Several Defendants from Amended Claim" (ECF No. 17) is DENIED as unnecessary. The defendants that Plaintiff has listed were terminated from this case automatically once Plaintiff filed an amended complaint that did not name those defendants as parties to this action.

    Dated: July 13, 2012