IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-00927-MSK-MEH

NORMAN RAY REED, JR.,

      Plaintiff,

v.

MIKE TIDWELL, in his professional and individual capacities,
EVE LITTLE, in her professional and individual capacities,
CHARLES HIGGINS, in his professional and individual capacities, and
MICHELLE NYCZHALLIGAN, in her professional and individual capacities,

      Defendants.

---

## ORDER

---

**Michael E. Hegarty, United States Magistrate Judge.**

      This matter comes before the Court *sua sponte*, pursuant to the Court's April 3, 2013 Order to Show Cause directing Plaintiff to explain in writing his failure to prosecute this action and failure to comply with his *in forma pauperis* obligations on or before April 10, 2013.  (Docket #47.)  Given Plaintiff's *pro se* status, the Court recognizes that this may not have been a sufficient amount of time for the Plaintiff to respond.  Therefore, in the interests of justice and efficiency, the Court hereby ORDERS Plaintiff to respond to the Court's April 3, 2013 Order to Show Cause on or before **April 24, 2013**.  Failure to do so will result in a recommendation of dismissal without further notice.

      Dated and entered this 11th day of April, 2013, in Denver, Colorado.

                    BY THE COURT:

                    *Michael E. Hegarty*

                    Michael E. Hegarty
                    United States Magistrate Judge