IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00927-MSK-MEH

NORMAN RAY REED, JR.,

    Plaintiff,

v.

MIKE TIDWELL, in his professional and individual capacities,
EVE LITTLE, in her professional and individual capacities,
CHARLES HIGGINS, in his professional and individual capacities, and
MICHELLE NYCZ HALLIGAN, in her professional and individual capacities,

    Defendants.

## FINAL JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a), the following Final Judgment is hereby entered.

Pursuant to the Text-Entry Order filed June 4, 2013 in the Court's Electronic Case Filing system, adopting the Recommendation issued by the Magistrate Judge (**Doc. #49**) to dismiss the case for Plaintiff's failure to pay required fees and failure to timely prosecute this case, it is

ORDERED that the Recommendation of Magistrate Judge Mix (**Doc. #49**) is **ADOPTED**. Plaintiff's case is dismissed without prejudice, and the case is closed. It is further

ORDERED that defendants are AWARDED their costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated this 5th day June, 2013.

                                          ENTERED FOR THE COURT:
                                          JEFFREY P. COLWELL, CLERK

                                          By: s/Edward P. Butler
                                          Edward P. Butler, Deputy Clerk